UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

FRANK WILLIAMS,

                               Plaintiff,

                               07 Civ. 0553 (RJH)

        -against-

THE CITY OF NEW YORK, et al.,

                               Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

      **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

      I am over 18 years of age and am not a party to this action.

      That on April 25, 2007, at approximately 1:40 p.m., at the OCCB Narcotics Division, 1 Police Plaza, Room 1100, New York, New York, I served **Summonses and Complaints** upon Det. Nemesio Rodriguez, Det. Steven Vergeli, and Det. Tanya Venero, defendants therein named, by delivering and leaving three true copies of the **Summons and Complaint** with a person of suitable age and discretion, to wit Detective Payne, co-worker.

      Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: M          Race: B      Hair: very short, dark      Approx. Age: 35
Approx. Ht.: 6'4"    Approx. Wt.: husky

-2-

That on April 25, 2007, declarant mailed other true copies of the **Summons and Complaint** by first class mail properly enclosed and sealed in postpaid wrappers addressed to Det. Nemesio Rodriguez, Det. Steven Vergeli, and Det. Tanya Venero at the OCCB Narcotics Division, 1 Police Plaza, Room 1100, New York, New York 10038, their place of business, said envelopes bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:   New York, New York
         April 25, 2007

By:   _____/s_____
      Rose M. Weber  (RW 0515)